UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| BARBARA J. RIPLEY,<br><br>Plaintiff,<br><br>v.<br><br>DAVOL, INC. and C.R. BARD, INC.,<br><br>Defendants. | CASE NO.:<br>MN No: 08-CV-637 JNE/RLE<br>MDL No: 1842 ML<br><br>NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS |

TO: Brian L. Burlew, Legal Department, C.R. Bard, Inc., 730 Central Avenue, Murray Hill, N.J. 07974 (Attorney for Davol, Inc., 100 Sockanossett Crossroad, Cranston, R.I. 02920 and C.R. Bard, Inc., 730 Central Avenue, Murray Hill, N.J. 07974).

A lawsuit has been commenced against you for the entity on whose behalf you are addressed. A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the District of Minnesota and has been assigned docket number 08-CV-637 JNE/RLE; MDL No. 1842 ML.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within thirty days after the date designated below as the date on which this Notice and Request is sent. I enclosed a stamped and addressed envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obliged to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or 90 days from that date if your address is not in any judicial district of the United States.)

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth on the reverse side or at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this 20th day of March, 2008.

s/Charles H. Johnson
Charles H. Johnson (#50696)
Charles H. Johnson & Associates, P.A.
*Attorney for Plaintiff*