Spriggs 25 YEARS Hollingsworth

Spriggs & Hollingsworth
1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax 202.682.1639
www.spriggs.com

March 31, 2008

**VIA FACSIMILE AND U.S. MAIL**

Charles H. Johnson, Esq.
Charles H. Johnson & Associates, PA
2599 Mississippi Street
New Brighton, MN 55112

Re: *DesMarais v. Davol Inc. and C.R. Bard, Inc.*, Case No. 08-cv-636 JRT/FLN
*Ripley v. Davol Inc. and C.R. Bard, Inc.*, Case No. 08-cv-637 JNE/RLE

Mr. Johnson:

I enclose a waiver of service of summons forms executed on behalf of Davol Inc. and C.R. Bard, Inc., for the cases listed above. Please contact me with any questions or concerns you might have.

Sincerely,

David W. Thomas

Enclosures