Inasmuch as no objection is pending at this time, the stay is lifted.

APR - 9 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 24 2008

FILED
CLERK'S OFFICE

FILED

APR 15 '08

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-17)**

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 519 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

APR - 9 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Attest to
True Copy
DAVID A. DIMARZIO
By
Deputy Clerk

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

## SCHEDULE CTO-17 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| CALIFORNIA CENTRAL | | | | |
| CAC | 2 | 08-1184 | Kelley Keinath v. Davol, Inc., et al. | CA 08-2427 |
| CAC | 2 | 08-1188 | Beverly Doyle v. Davol, Inc., et al. | CA 08-2428 |
| COLORADO | | | | |
| CO | 1 | 08-438 | Rhonda Evans Barnsbee v. Davol, Inc., et al. | CA 08-2429 |
| FLORIDA MIDDLE | | | | |
| FLM | 8 | 08-414 | Richard Krywokulski v. Davol, Inc., et al. | CA 08-2430 |
| LOUISIANA MIDDLE | | | | |
| LAM | 3 | 08-135 | Debra S. Williams v. C.R. Bard, Inc., et al. | CA 08-2431 |
| MINNESOTA | | | | |
| MN | 0 | 08-582 | Lillian R. Hawkins v. Davol, Inc., et al. | CA 08-2432 |
| MN | 0 | 08-583 | Maria C. Gomez v. Davol, Inc., et al. | CA 08-2433 |
| MN | 0 | 08-636 | Brenda L. DesMarais v. Davol, Inc., et al. | CA 08-2434 |
| MN | 0 | 08-637 | Barbara J. Ripley v. Davol, Inc., et al. | CA 08-2435 |
| NEW YORK SOUTHERN | | | | |
| NYS | 7 | 08-2061 | Matthew Mann, et al. v. James McClung, M.D., et al. | CA 08-2436 |
| NEW YORK WESTERN | | | | |
| NYW | 6 | 08-6097 | Richard R. Holley, Jr. v. Davol, Inc., et al. | CA 08-2437 |
| OHIO NORTHERN | | | | |
| OHN | 1 | 08-243 | Janet Nyberg v. C.R. Bard, Inc., et al. | CA 08-2438 |
| OKLAHOMA NORTHERN | | | | |
| OKN | 4 | 08-143 | Robert R. West v. Davol, Inc., et al. | CA 08-2439 |
| PENNSYLVANIA EASTERN | | | | |
| PAE | 2 | 08-1106 | Daniel J. Rabatin, et al. v. C.R. Bard, Inc., et al. | CA 08-2440 |
| PAE | 2 | 08-1107 | Bill Doyle v. C.R. Bard, Inc., et al. | CA 08-2441 |
| PAE | 2 | 08-1108 | James A. Christeck, et al. v. C.R. Bard, Inc., et al. | CA 08-2442 |
| PAE | 2 | 08-1109 | Janet L. Stoeckle, et al. v. C.R. Bard, Inc., et al. | CA 08-2443 |
| TEXAS WESTERN | | | | |
| TXW | 1 | 08-142 | Michael Gardner, et al. v. Davol, Inc., et al. | CA 08-2444 |
| TXW | 1 | 08-143 | Charles Gaddy, Jr. v. Davol, Inc., et al. | CA 08-2445 |

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED COUNSEL LIST (CTO-17)**

Samuel J. Abate, Jr.
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue
37th Floor
New York, NY 10018-1405

Gregg A. Anderson
TERRY BRYANT LLP
West Memorial Office Park
8584 Katy Freeway
Suite 100
Houston, TX 77024

John R. Climaco
CLIMACO LEFKOWITZ PECA WILCOX & GARFOLI CO LPA
55 Public Square
Suite 1950
Cleveland, OH 44113

Ernest Cory
CORY WATSON CROWDER & DEGARIS PC
2131 Magnolia Avenue
Suite 200
Birmingham, AL 35209

Suzanne Marie D'Amico
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue
37th Floor
New York, NY 10018-1405

Baharak Dejban
KHORRAMI POLLARD & ABIR LLP
444 South Flower Street,
33rd Floor
Los Angeles, CA 90071

Jon Charles Dupee, Jr.
DUPEE DUPEE & MONROE PC
30 Matthews Street
P.O. Box 470
Goshen, NY 10924

Mark A. Fogg
KENNEDY CHILDS & FOGG PC
1050 Seventeenth Street, #2500
Denver, CO 80265-2080

Thomas M. Frieder
HASSARD BONNINGTON LLP
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111-3993

Daniel N. Gallucci
RODANAST PC
801 Estelle Drive
Lancaster, PA 17601

Dana Alan Gausepohl
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW
9th Floor
Washington, DC 20005

Brian A. Goldstein
CELLINO & BARNES PC
17 Court Street
7th Floor
Buffalo, NY 14202-3290

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

**MDL No. 1842 - Involved Counsel List (CTO-17) (Continued)**

Brian Timothy Inbody
SNEED LANG PC
One West 3rd Street
1700 Williams Center Tower I
Tulsa, OK 74103-3522

Charles H Johnson
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112-5060

Brian S. Kabateck
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90017

John M. Kvartek
CLARK PARTINGTON HART LARRY BOND & STACKHOUSE
125 West Romano Street
Suite 800
P.O. Box 13010
Pensacola, FL 32591-3010

Chris M. Limberopoulos
LIMBEROPOULOS LAW FIRM PA
400 North Ashley Drive
Suite 2150
Tampa, FL 33602

Justin R. Melat
MELAT PRESSMAN EZELL & HIGBIE LLP
711 South Tejon Street
Colorado Spring, CO 80903

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street, 2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

Douglas Robert Plymale
MURRAY LAW FIRM
Poydras Center
650 Poydras Street
Suite 1100
New Orleans, LA 70130

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED JUDGES LIST (CTO-17)**

Hon. Philip S. Gutierrez
U.S. District Judge
United States District Court
7100 Edward R. Roybal Federal Building
255 East Temple Street
Los Angeles, CA 90012-3332

Hon. Stephen V. Wilson
U.S. District Judge
U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Walker D. Miller
U.S. District Judge
A938 Alfred A. Arraj U.S. Courthouse
90119th Street
Denver, CO 80294

Hon. James D. Whittemore
U.S. District Judge
13B Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Ralph E. Tyson
Chief Judge, U.S. District Court
301 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Patrick J. Schiltz
U.S. District Judge
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Stephen C. Robinson
U.S. District Judge
U.S. District Court
300 Quarropas Street
White Plains, NY 10601

Hon. Michael A. Telesca
Senior U.S. District Judge
2720 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614

Hon. Solomon Oliver, Jr.
U.S. District Judge
17A Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113

Hon. Terence C. Kern
U.S. District Judge
411 Page Belcher Federal Building & U.S. Courthouse
333 West 4th Street
Tulsa, OK 74103-3819

Hon. Anita B. Brody
U.S. District Judge
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Ronald L. Buckwalter
Senior U.S. District Judge
14614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

**MDL No. 1842 - Involved Judges List (CTO-17) (Continued)**

Hon. Mary A. McLaughlin
U.S. District Judge
3809 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Hon. Timothy J. Savage
U.S. District Judge
7614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED CLERKS LIST (CTO-17)**

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Gregory C. Langham, Clerk
A105 Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Nicholas Joseph Lorio
Acting Clerk
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Rodney C. Early, Clerk
2120 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1368

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Philip B. Lombardi, Clerk
411 Page Belcher Federal Building & U.S. Courthouse
333 West 4th Street
Tulsa, OK 74103-3819

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701