5DIV, CLOSED, CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−00637−JNE−RLE

Ripley v. Davol, Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Judge Joan N. Ericksen
Referred to: Chief Mag. Judge Raymond L. Erickson
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 03/07/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Barbara J Ripley**

represented by **Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2008 | " 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. ( Filing fee $ 350 receipt number 4020745.) assigned to Judge Joan N. Ericksen per 5th Division Master list and referred to Chief Magistrate Judge Raymond L. Erickson (08xv66), filed by Barbara J Ripley. (Attachments: # 1 Civil Cover Sheet) (RJL) (Entered: 03/07/2008) |
| 03/07/2008 | " | Summons Issued as to Davol, Inc., C.R. Bard, Inc. (RJL) (Entered: 03/07/2008) |
| 03/20/2008 | " 2 | REQUEST FOR WAIVER of Service sent to Mr. Brian L. Burlew (Defense Counsel for Service of Process) on 3/20/2008 by Barbara J Ripley. Waiver of Service due by 4/21/2008. (Attachments: # 1 Attached Waiver of Service of Summons Form, # 2 Certificate of Service)(Johnson, Charles) (Entered: 03/20/2008) |
| 04/03/2008 | " 3 | WAIVER OF SERVICE Returned Executed filed by Barbara J Ripley. Davol, Inc. waiver sent on 3/20/2008, answer due 5/19/2008; C.R. Bard, Inc. waiver sent on 3/20/2008, answer due 5/19/2008. (Attachments: # 1 Cover Letter re Waiver Executed)(Johnson, Charles) (Entered: 04/03/2008) |
| 04/16/2008 | " 4 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO−17), transferring case to the District of Rhode Island per MDL Panel for coordinated or consolidated |

| | | |
|---|---|---|
| | | pretrial proceedings. Case assigned to Judge Mary M. Lisi. (RJL) (Entered: 04/16/2008) |